FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 1 2019

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE SEARCH OF: )    Case No. 19-MR-163
Facebook Account          )
  100015873249231        )
                      )    [UNDER SEAL]

### SEALED ORDER TO SEAL SEARCH WARRANT, APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT AND RETURN OF SEARCH WARRANT

This matter comes before the Court on the application for a search warrant in the above-captioned matter. The Court hereby orders that the search warrant, application and affidavit for the search warrant, return of the search warrant, any and all papers filed in the above-captioned matter should be sealed. The documents in question necessarily contain the identity of a minor victim. As such, sealing is necessary in order to protect the victim's right to privacy, pursuant to the Crime Victim's Rights Act, 18 U.S.C. § 3771(a)(8). Further, publication of this information would compromise this investigation and future investigation if the information contained in these documents were to become public.

IT IS THEREFORE ORDERED that the search warrant, application and affidavit for the search warrant, return of the search warrant, any and all papers filed in the above-captioned matter, are hereby SEALED until further order of Court.

B. PAUL BRIONES
UNITED STATES MAGISTRATE JUDGE